AO 83 (Rev. 06/09)  Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

|  |  |
|---|---|
| United States of America<br>v.<br><br>Blake Underwood,<br>*Defendant* | )<br>)<br>)<br>)  Case No.   3:25 CR 122<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

❏ Indictment ❏ Superseding Indictment ☑ Information ❏ Superseding Information ❏ Complaint ❏ Probation Violation Petition ❏ Supervised Release Violation Petition ❏ Violation Notice ❏ Order of Court

| Place: United States District Court<br>1716 Spielbusch Avenue<br>Toledo, Ohio 43604 | Courtroom No.:   1A |
|---|---|
| | Date and Time:   05/13/2025 2:00 pm |

This offense is briefly described as follows:

Count 1:          18:1343 - Wire Fraud

Date:     03/24/2025

s/ Laura Doerfler
*Issuing officer's signature*

Courtroom Deputy
*Printed name and title*

I declare under penalty of perjury that I have:

❏ Executed and returned this summons          ❏ Returned this summons unexecuted

Date:

*Server's signature*

*Printed name and title*