IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,          Case No. 3:25 CR 122

         Plaintiff,          ORDER RE: SEALED FILINGS

     -vs-

                               JUDGE JACK ZOUHARY

Blake Underwood,

         Defendant.

The parties are granted leave to file Sentencing Memoranda with supporting exhibits under seal. This leave is limited to those Memoranda that contain confidential personal information, medical information, or other sensitive information. This Court retains the ability to disclose certain parts of those filings on the public docket.

Sentencing Memos shall be filed by **September 8, 2025**.

This Order also applies to any medical records disclosed after Sentencing for review by the Bureau of Prisons.

IT IS SO ORDERED.

                                       s/ *Jack Zouhary*
                                       JACK ZOUHARY
                                       U. S. DISTRICT JUDGE

                                       May 13, 2025