FILED

JUN 17 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### PASSPORT OR OTHER NON-CASH COLLATERAL RECEIPT # 283

**Receipt of Passport or Other Non-Cash Collateral (Section 1)**

Name: Blake Michael Underwood

Address:

Judge: Zouhary

Date Rec'd: 6/17/2025

Description of Property Other than Passport:

Case Number: 3:25cr122

Passport Number: A10156986

Country of Origin: USA

Expiration Date: 2/28/2033

_____
Signature of Individual Surrendering Passport/Other

JOSICYN CAMPBELL
Print Name

_____
Clerk's Signature

Denice Sims
Print Name

✓ Original of Receipt Provided to Defendant or Individual Surrendering Passport or Other Non-Cash Collateral

**Return of Passport or Other Non-Cash Collateral (Section 2)**

Date Returned:

Purpose Returned:

Address (If Mailed):

Rec'd by:

Rec'd from:

_____
Signature of Individual Retrieving Passport/Other

Print Name

_____
Clerk's Signature

Print Name

S:\Forms\Financial\Passports\Passport Receipt Fillable Form