IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| United States of America, | Case No.  3:25 CR 122 |
| Plaintiff, | SENTENCING ORDER |
| -vs- | RE: SPECIAL CONDITIONS |
| | OF SUPERVISED RELEASE |
| Blake Underwood, | JUDGE JACK ZOUHARY |
| Defendant. | |

## SPECIAL CONDITIONS

**Financial Disclosure**
Defendant must provide the probation officer with access to any requested financial information and authorize the release of any financial information.  The probation office may share financial information with the U.S. Attorney's Office.

**No New Debt/Credit**
Defendant must not incur new credit charges or open additional lines of credit without the approval of the probation officer.

**Financial Windfall Condition**
Defendant must apply all monies received from income tax refunds, lottery winnings, judgments, and/or any other anticipated or unexpected financial gains to the outstanding court-ordered financial obligation.

**Substance Abuse Treatment and Testing**
Defendant shall participate in an approved program of substance abuse testing and/or outpatient or inpatient substance abuse treatment as directed by his supervising officer; and abide by the rules of the treatment program. The probation officer will supervise Defendant's participation in the program (provider, location, modality, duration, intensity, etc.). Defendant shall not obstruct or attempt to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing.

**Alcohol Restriction**
Defendant must not use or possess alcohol.

**Mental Health Treatment**
Defendant must undergo a mental health evaluation and/or participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise Defendant's participation in the program (provider, location, modality, duration, intensity, etc.).

**Cognitive Behavioral Therapy**
Defendant must participate in a cognitive-behavioral treatment program and follow the rules and regulations of that program. The probation officer will supervise Defendant's participation in the program (provider, location, modality, duration, intensity, etc.).

I have reviewed and understand the above special conditions of my sentence outlined by the Judge at my sentencing hearing today.

Further, I waive any late notice and supporting explanation of each of these conditions as may be required under 18 U.S.C. § 3583.

Date: 9/18/25

Blake Underwood, Defendant

Attorney

IT IS SO ORDERED.

Judge Jack Zouhary