IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,   Case No.  3:25 CR 122

          Plaintiff,

  -vs-   SENTENCING ORDER
RE: MANDATORY AND STANDARD
CONDITIONS OF SUPERVISED RELEASE

Blake Underwood,

          Defendant.   JUDGE JACK ZOUHARY

**STANDARD CONDITIONS**

    While on Supervised Release Defendant shall not commit another federal, state, or local crime, shall not illegally possess a controlled substance, and shall comply with the standard conditions that have been adopted by this Court, and shall comply with the following additional conditions:

**DNA Collection**
Defendant shall cooperate in the collection of DNA as directed by the U.S. Pretrial Services & Probation Officer.

**Firearms and Dangerous Weapons**
Defendant shall not possess a firearm, destruction device, or any dangerous weapon.

**Mandatory Drug Testing**
Defendant must refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of release from imprisonment and to at least two periodic drug tests, thereafter, as determined by the Court.

I have reviewed and understand the above conditions as part of my sentence.

Date: ____9/18/25____      _____
                                                            Blake Underwood, Defendant

                                                                   _____
                                                                   Attorney

IT IS SO ORDERED.

_____
Judge Jack Zouhary