IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,         Case No.   3:25 CR 122

            Plaintiff,        DEFENDANT ACKNOWLEDGES
-vs-        WAIVER OF CERTAIN APPEAL RIGHTS

Blake Underwood,        JUDGE JACK ZOUHARY

            Defendant.

      You can appeal your conviction if you believe your Guilty Plea was somehow unlawful or involuntary or if there was some other fundamental defect in your proceedings that was not waived by your Guilty Plea (Plea Agreement ¶ 18).

      You also have the statutory right to appeal your Sentence under certain circumstances, particularly if you think your Sentence is contrary to law.  However, by entering a guilty plea, you have waived certain appeal rights, including the right to collaterally attack your sentence, and such a waiver is generally enforceable.

      Your Notice of Appeal must be filed within fourteen (14) days of Judgment being entered in this case. Your lawyer will stay on this case until a decision is made whether to appeal.  If you are unable to pay the costs of an appeal, you may ask for assistance from our Clerk of Court who will help prepare and file a Notice of Appeal on your behalf.

\* \* \*

I have reviewed and understand my limited appeal rights.

Date:  \_\_\_\_9/18/25_____

_____
Defendant

_____
Attorney