IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| United States of America, | Case No. 3:25 CR 122 |
| Plaintiff, | ORDER RE: RESTITUTION |
| -vs- | JUDGE JACK ZOUHARY |
| Blake Underwood, | |
| Defendant. | |

Counsel shall file by **Wednesday, October 22, 2025**, either separately or jointly, briefing outlining with record support their respective positions on the appropriate amount of restitution, as well as the priority of payments to be ordered by this Court.

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

September 19, 2025