# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br>vs.<br><br>BLAKE UNDERWOOD<br><br>           Defendant. | Case No.: 3:25-CR-00122<br><br>Judge ZOUHARY<br><br>**REQUEST TO EXTEND DATE OF SELF REPORTING** |

Now comes Defendant, by and through counsel, ad respectfully requests that the court extend the date of self-reporting for incarceration. Defendant, has documented his significant medical issues, has a number of ongoing treatments and testing schedules. The turn-in date seems to have come quite quickly and without much advance notice, leaving the Defanrant unable to complete the medically necessary testing. Counsel has attached all the available documents available in this short time span, but notes the Defendant can and would cooperate with Pre-trial services to further document.

Respectfully submitted,

/s/ **Stevin J. Groth**
Stevin J. Groth (0064181)
416 N Erie St.
Toledo, Ohio 43604
Telephone: (419) 215-5466
Facsimile: (419) 930-3032
sgroth@grothlaw.com
Attorney for Defendant

/s/ **Stevin J. Groth**

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent via electronic filing by the Court's ECF system to the United States Attorney's Office this October 29, 2025.

/s/ ***Stevin J. Groth***
Stevin J. Groth